**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John P. Kerr a/k/a John Kerr               CHAPTER 13
                    Debtor(s)

                                                  BKY. NO. 23-10496 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
10 Mar 2023, 16:03:44, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322