# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** John P. Kerr a/k/a John Kerr<br>**Debtors** | **BK NO. 23-10496 MDC** |
| **Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1**<br>**Movant** | **Chapter 13**<br><br>Hearing Date:  06/15/2023 @ 9:30 AM |
| vs. | |
| **John P. Kerr a/k/a John Kerr**<br>**Kenneth E. West, Trustee**<br>**Respondents** | |

### OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-1 TO CONFIRMATION OF CHAPTER 13 PLAN

Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. On April 21, 2023, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $75,980.88.

2. Debtor's Plan provides for payment in the amount of $70,590.27 towards the arrearage claim of the Secured Creditor.

3. Debtor's Plan understates the amount of the Secured Creditor's claim by $5,390.61, and does not provide sufficient funding to pay said claim including present value interest.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

     5.     In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1, prays that the Court deny confirmation of the Debtor's Plan.

                                  Respectfully submitted,

Date: May 1, 2023

                                  By: <u>/s/Brian C. Nicholas, Esquire</u>
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322
                                      Attorney for Movant/Applicant