# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** John P. Kerr a/k/a John Kerr<br>Debtor<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1**<br>Movant<br><br>vs.<br><br>**John P. Kerr a/k/a John Kerr**<br>**Kenneth E. West, Trustee**<br><br>**Respondents** | **CHAPTER 13**<br><br>NO. 23-10496 MDC |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

_____
Bankruptcy Judge