# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   John P. Kerr a/k/a John Kerr<br>Debtors<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1**<br>Movant<br>vs.<br><br>**John P. Kerr a/k/a John Kerr**<br>**Kenneth E. West, Trustee**<br>Respondents | CHAPTER 13<br>BK. NO. 23-10496 MDC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 1, 2023**.

Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813 (VIA ECF)
Philadelphia, PA 19107

Anthony A. Frigo Esq.
One West Main Street, Suite 230 (VIA ECF)
Norristown, PA 19401

John P. Kerr a/k/a John Kerr
430 Ashley Drive
Hatboro, PA 19040

Date: May 1, 2023

By: /s/Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Attorney for Movant/Applicant