IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN P. KERR,<br>AKA JOHN KERR,<br>           Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>           Movant<br>     v.<br><br>JOHN PATRICK KERR AKA JOHN KERR, LINDANN KERR and<br>KENNETH E. WEST, Chapter 13 Trustee<br>           Respondents | Bankruptcy No. 23-10496-mdc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on May 23, 2023 I served a copy of the *Motion for Relief from the Automatic Stay and Co-Debtor Stay* and a copy of the *Notice of Motion, Hearing Date, and Response Deadline* by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

| | |
|---|---|
| John P. Kerr<br>Lindann Kerr<br>430 Ashley Dr.<br>Hatboro, PA 19040 | Anthony A. Frigo<br>The Law Offices of Anthony A. Frigo<br>175 Strafford Ave, Suite One<br>Wayne, PA 19468 |
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112