IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 23-10496-mdc |
| JOHN P. KERR,<br>AKA JOHN KERR,<br>　　　　Debtor | Chapter 13<br><br>Document No. 28 |
| SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>　　　　Movant<br>　　v.<br><br>JOHN PATRICK KERR AKA JOHN KERR,<br>LINDANN KERR and<br>KENNETH E. WEST, Chapter 13 Trustee<br>　　　　Respondents | |

### CERTIFICATE OF NO OBJECTION OR RESPONSE

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *Motion for Relief from the Automatic Stay and Co-Debtor Stay* and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the *Notice of Hearing*, objections to the motion were to be filed and served no later than June 20, 2023.

    It is hereby respectfully requested that the Order attached to the Movant's *Motion for Relief from the Automatic Stay and Co-Debtor Stay* be entered by the Court.

                                                  BERNSTEIN-BURKLEY, P.C.

                                                By: /s/ Keri P. Ebeck
                                                Keri P. Ebeck, Esq.
                                                PA I.D. #91298
                                                kebeck@bernsteinlaw.com
                                                601 Grant Street, 9th Floor
                                                Pittsburgh, PA 15219
                                                (412) 456-8112

Dated: July 12, 2023

                                                *Counsel for Specialized Loan Servicing, LLC as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee*