# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John P. Kerr a/k/a John Kerr<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1<br>　　　　　　Movant<br>　vs.<br>John P. Kerr a/k/a John Kerr<br>　　　　　　Respondent(s)<br>KENNETH E. WEST ESQUIRE<br>　　　　　　Trustee | NO. 23-10496 MDC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF NO OBJECTION

I, Mark A. Cronin, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection is pending by the Debtor, or the Trustee to the Motion for Relief from Automatic Stay filed on May 18, 2023, in Doc No. 23-10496-MDC. The Debtor did file an answer but withdrew it on July 11, 2023. Accordingly, it is respectfully requested that this Honorable Court enter the order appended to the Motion for Relief from the Automatic Stay.

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John P. Kerr a/k/a John Kerr<br>　　　　　　　　　　Debtor(s)<br><br>Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1<br>　　　　　　　　　　Movant<br>　　　　v.<br>John P. Kerr a/k/a John Kerr<br>　　　　　　　　　　Debtor(s)<br><br>KENNETH E. WEST ESQUIRE<br>　　　　　　　　　　Trustee | CHAPTER 13<br>BK NO: 23-10496 MDC |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on July 12, 2023, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

KENNETH E. WEST ESQUIRE
Office of the Standing Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107 (VIA ECF)

Anthony A. Frigo Esq.
One West Main Street, Suite 230 (VIA ECF)
Norristown, PA 19401


Date:  July 12, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com