IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHN P. KERR,<br>AKA JOHN KERR,<br>      Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>      Movant<br>  v.<br><br>JOHN PATRICK KERR AKA JOHN KERR, LINDANN KERR and<br>KENNETH E. WEST, Chapter 13 Trustee<br>      Respondents | Bankruptcy No. 23-10496-mdc<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this ___12th___ day of ___July___, 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED, AND DECREED that:

Relief from the Automatic Stay is granted to Specialized Loan Servicing, LLC as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee as to its interest in the real property known as 430 Ashley Dr, Hatboro, PA 19040.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Lindann Kerr, any amounts that remain due and owing pursuant to the underlying Note subsequent to the sale of the collateral.

BY THE COURT:

_Magdeline D. Coleman_
_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Chief Court Judge