# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John P. Kerr a/k/a John Kerr<br>　　　　　　　　　　　Debtor(s)<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1**<br>　　　　　　　　　　　Movant<br>　　　　　　vs.<br><br>John P. Kerr a/k/a John Kerr<br>　　　　　　　　　　　Debtor(s)<br><br>**KENNETH E. WEST ESQUIRE**,<br>　　　　　　　　　　　Trustee | BK NO. 23-10496 MDC<br><br>Chapter 13<br><br>Related to Claim No. 6-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 06, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
John P. Kerr a/k/a John Kerr
430 Ashley Drive
Hatboro, PA 19040

<u>Attorney for Debtor(s)</u>
Anthony A. Frigo, Esq.
One West Main Street, Suite 230 (VIA ECF)
Norristown, PA 19401

<u>Trustee</u>
KENNETH E. WEST ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA 19026

Method of Service:  electronic means or first class mail

Dated: <u>July 06, 2023</u>

　　　　　　　　　　　　　　　　　　　　<u>**/s/Denise Carlon**</u>
　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com